UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

Honorable D. Lowell Jensen
Senior United States District Judge
Sacramento, California

                            RE:    Irma Rios MILLAN
                                       Docket Number:   2:02CR00019-01
                                       PERMISSION TO TRAVEL
                                       <u>OUTSIDE THE COUNTRY</u>

Your Honor:

The releasee is requesting permission to travel to Cancun, Mexico. She is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:** On May 13, 2004, Ms. Millan was sentenced for the offense of 21 USC 841(a)(1) - Distribution of Heroin.

**Sentence imposed:** 33 months custody of the Bureau of Prisons; 60 months Supervised Release; $100 Special Assessment. Special conditions: Warrantless search and seizure; Financial disclosure; Drug/alcohol testing and co-payment; Mental health treatment; Drug offender registration.

**Dates and Mode of Travel:** March 14, 2008, to March 19, 2008, via airplane.

**Purpose:** Family vacation.

**RE:   Irma Rios MILLAN**
    **Docket Number:   2:02CR00019-01**
    **PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**

Respectfully Submitted,

/s/ Richard W. Elkins
**RICHARD W. ELKINS**
Senior United States Probation Officer

**DATED:**   February 28, 2008
    Elk Grove, California
    RWE/cj

**REVIEWED BY:**   /s/ Deborah A. Spencer
    **DEBORAH A. SPENCER**
    **Supervising United States Probation Officer**

---

**ORDER OF THE COURT:**

**Approved**   XXXX                              **Disapproved**

  February 28, 2008                                  [signature]
**Date**                                             **United States District Judge**