# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

# M E M O R A N D U M

Honorable John A. Mendez
United States District Judge
Sacramento, California

                         RE:    Irma Rios MILLAN
                                  Docket Number: 2:02CR00019-01
                                  **PERMISSION TO TRAVEL**
                                  **OUTSIDE THE COUNTRY**

Your Honor:

The releasee is requesting permission to travel to Tijuana, Mexico. She is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:** On May 13, 2004, Ms. Millan was sentenced for the offense of 21 USC 841(a)(1) - Distribution of Heroin.

**Sentence imposed:** 33 months custody of the Bureau of Prisons; 60 months Supervised Release; $100 Special Assessment. **Special Conditions:** Warrantless search and seizure; Financial disclosure; Drug/alcohol testing; Mental health treatment; Co-payment for treatment/testing; Drug offender registration.

**Dates and Mode of Travel:** Same day travel (going to Tijuana and returning the same day) between March 16, 2009, and March 20, 2009. Ms. Millan and her daughter will travel by automobile if Court approval is granted.

**Purpose:** To shop for a wedding dress for her daughter.

**RE:    Irma Rios MILLAN
        Docket Number:  2:02CR00019-01
        <u>PERMISSION TO TRAVEL OUTSIDE THE COUNTRY</u>**

Respectfully Submitted,

/s/ Richard W. Elkins
**RICHARD W. ELKINS
Senior United States Probation Officer**

**DATED:**    March 4, 2009
              Elk Grove, California
              RWE/cj

**REVIEWED BY:**    /s/ Deborah A. Spencer
                    **DEBORAH A. SPENCER
                    Supervising United States Probation Officer**

---

**ORDER OF THE COURT:**

**Approved**   X                              **Disapproved**

          3/4/2009                            /s/ John A. Mendez
**Date**                                      **JOHN A. MENDEZ
                                              United States District Judge**

2
Rev. 05/2006
TRAVEL ~ OUTSIDE COUNTRY COURT MEMO.MRG