**RECOMMENDATION TERMINATING
SUPERVISED RELEASE PRIOR TO EXPIRATION DATE**

---

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs.                     ) | **Docket Number: 2:02CR00019-01** |
| ) | |
| **Irma Rios MILLAN** ) | |
| ) | |

**LEGAL HISTORY:**

On May 13, 2004, the above-named was sentenced to 33 months custody in the Bureau of Prisons to be followed by a term of Supervised Release for a period of 60 months, which commenced on October 2, 2006. Special conditions included: Warrantless search and seizure; Financial disclosure; Drug/alcohol testing; Mental health treatment; Co-payment for treatment/testing; Drug offender registration.

**SUMMARY OF COMPLIANCE:**

Ms. Millan has complied with all conditions and special conditions of Supervised Release, and has not been involved in any further criminal activities. It is the opinion of the probation officer that Ms. Millan has derived maximum benefit from supervision and is not in need of continued supervision.

**RE:**   **Irma Rios MILLAN**
   **Docket Number:  2:02CR00019-01**
   **RECOMMENDATION TERMINATING**
   <u>**SUPERVISED RELEASE PRIOR TO EXPIRATION DATE**</u>

<u>**RECOMMENDATION:**</u>

It is, therefore, respectfully recommended that Supervised Release in this case be terminated early.

Respectfully submitted,

/s/ Richard W. Elkins
**RICHARD W. ELKINS**
**Senior United States Probation Officer**

Dated:   November 6, 2009
   Elk Grove, California
   RWE/cj

**REVIEWED BY:**   /s/ Deborah A. Spencer
   **DEBORAH A. SPENCER**
   **Supervising United States Probation Officer**

cc:   AUSA - **To be assigned** (Pursuant to Rule 32, notice of proposed relief to the supervisee is being provided. If no objection is received from you within 14 days, the probation officer's Recommendation and Prob 35-Order Terminating Supervised Release Prior to Expiration Date, will be submitted to the Court for approval.)

PROB 35

**ORDER TERMINATING SUPERVISED RELEASE
PRIOR TO EXPIRATION DATE**

---

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**     )<br>                                                           )<br>               vs.                              )         **Docket Number: 2:02CR00019-01**<br>                                                           )<br>**Irma Rios MILLAN**                  )<br>                                                           ) | |

On October 2, 2006, the above-named was placed on Supervised Release for a period of 60 months. She has complied with the rules and regulations of supervision. It is accordingly recommended that she be discharged from supervision.

Respectfully submitted,

/s/ Richard W. Elkins
**RICHARD W. ELKINS
Senior United States Probation Officer**

Dated:        November 6, 2009
                   Elk Grove, California
                   RWE/cj


**REVIEWED BY:**        /s/ Deborah A. Spencer
                                    **DEBORAH A. SPENCER
                                    Supervising United States Probation Officer**

**RE:   Irma Rios MILLAN
      Docket Number:  2:02CR00019-01
      ORDER TERMINATING SUPERVISED RELEASE
      PRIOR TO EXPIRATION DATE**

---

## ORDER OF COURT

It is ordered that the supervised releasee be discharged from Supervised Release, and that the proceedings in the case be terminated.

| | |
|---|---|
|   11/30/2009 | John A. Mendez |
| **Date** | **John A. Mendez**<br>**United States District Judge** |

RWE/cj

Attachment:  Recommendation

cc:  United States Attorney's Office